

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00198-CR

_____

SAMUEL SAN MIGUEL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 154th District Court
Lamb County, Texas
Trial Court No. DCR-6293-22, Honorable Scott A. Say, Presiding

August 15, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Pursuant to a plea bargain agreement, Appellant, Samuel San Miguel, was convicted of attempted possession of a prohibited substance in a civil commitment facility[1] and sentenced to one hundred and seventy-five days' confinement in Lamb County Jail. The trial court's certification of Appellant's right of appeal reflects that this is a plea bargain case from which Appellant has no right of appeal. The certification comports with the

---

[1] *See* TEX. PENAL CODE ANN. § 38.11(g).

record before the Court. Notwithstanding the certification, Appellant filed a notice of appeal, pro se, challenging his conviction.

We are required by Texas Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." By letter of July 28, 2023, we notified Appellant of the consequences of the trial court's certification and directed him to show grounds for continuing the appeal. Appellant filed a response but has failed to demonstrate a right to appeal his conviction.

Accordingly, we dismiss the appeal based on the trial court's certification. *See* TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.

2